IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-70-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LARONE FREDERICK ELIJAH, | ) | |
| | ) | |
| Defendant. | ) | |

Defense counsel's motion to withdraw [D.E. 19] is GRANTED. The Office of the Federal Public Defender shall promptly appoint new counsel. The pretrial motion deadline is extended to February 12, 2016. Defendant's pro se motion to appoint new counsel [D.E. 18] is DISMISSED as moot. Having reviewed the entire record, defendant's motion to suppress [D.E. 20] is DENIED for the reasons stated in the government's response. See [D.E. 25]. Defendant's pro se motions [D.E. 21, 22, 23, 24, 27] are DENIED because they violate Local Criminal Rules 47.3 and 57.1(d).

Defendant's motion to continue the arraignment [D.E. 29] is GRANTED and the arraignment is continued until March 2016. The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This 15 day of January 2016.

JAMES C. DEVER III
Chief United States District Judge