IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-70-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LARONE FREDERICK ELIJAH, ) | |
| ) | |
| Defendant. ) | |

As explained in open court and incorporated herein by reference, Larone Frederick Elijah's motion to suppress [D.E. 35] is DENIED.

SO ORDERED. This **30** day of March 2016.

JAMES C. DEVER III
Chief United States District Judge